UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:19-cv-23144

DOUG LONGHINI,

    Plaintiff,

v.

SDG DADELAND ASSOCIATES, INC., a Florida Profit Corporation; and J.C. PENNEY CORPORATION, INC., a Foreign Profit Corporation,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI and Defendant, J.C. PENNEY CORPORATION, INC., hereby advises the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than forty-five (45) days from the date of this Notice. Accordingly, the Plaintiff, DOUG LONGHINI and Defendant, J.C. PENNEY CORPORATION, INC., respectfully request that the Court vacate all currently set dates and deadlines pertaining to Defendant, J.C. PENNEY CORPORATION, INC. only.

Respectfully submitted this 1st day of November, 2019.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsimile: (305)553-3031

Case 1:19-cv-23144-KMW   Document 24   Entered on FLSD Docket 11/01/2019   Page 2 of 2


Primary Email: ajperez@lawgmp.com
Secondary Email: ddunn@lawgmp.com
*Attorney for Plaintiff*

/s/ *Benjamin S. Briggs*
BENJAMIN S. BRIGGS
TRENT COTNEY, PA
8621 E. Dr. Martin Luther King, Jr. Blvd.
Tampa, FL 33610
Telephone: (813) 579-3278
Facsimile: (813) 902-7612
Email: bbriggs@trentcotney.com
*Attorney for Defendant J.C. Penney Corporations, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record this 1st day of November, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@gmplaw.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By: /s/ *Anthony J. Perez*
       ANTHONY J. PEREZ