UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-23144

DOUG LONGHINI,

    Plaintiff,

v.

SDG DADELAND ASSOCIATES, INC., a
Florida Profit Corporation; and J.C.
PENNEY CORPORATION, INC., a
Foreign Profit Corporation,

    Defendants.

_____/

**<u>JOINT STIPULATION DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, DOUG LONGHINI, and Defendant, SDG DADELAND ASSOCIATES, INC., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice against Defendant, SDG DADELAND ASSOCIATES, INC.

Dated this 14th, day of November 2019.

Respectfully Submitted,

| | |
|---|---|
| **GARCIA-MENOCAL & PEREZ, P.L.** | **BAKER & HOSTETLER, LLP** |
| *Attorney for Plaintiff* | *Attorney for Defendant, SDG Dadeland Associates, Inc.* |
| 4937 SW 74th Court, No. 3 | 200 S. Orange Avenue, Suite 2300 |
| Miami, FL 33155 | Orlando, FL 32801 |
| Telephone: (305) 553-3464 | Telephone: (407) 649-4050 |
| Facsimile: (305) 553-3031 | Facsimile: (407) 841-0168 |
| Primary E-Mail: ajperez@lawgmp.com | Email: bblair@bakerlaw.com |
| Secondary E-Mail: ddunn@lawgmp.com | |
| By: */s/ Anthony J. Perez* | By: */s/ Brian C. Blair* |
| ANTHONY J. PEREZ | BRIAN C. BLAIR |
| Florida Bar No.: 535451 | Florida Bar No.: 0973084 |

1

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 14th, 2019

                      Respectfully Submitted,

                      GARCIA-MENOCAL & PEREZ, P.L.
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: ddunn@lawgmp.com


By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451